ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
JOSE L. LOPEZ,                   :
                                 :
            Plaintiff,           :
                                 :
      - v. -                     :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   08 Civ. 480 (SAS)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from April 28, 2008 to and including June 27, 2008.  The reason for the request is

because the defendant's counsel has not yet been able to complete her review of the administrative record. No prior extension has been requested in this case.

Dated: New York, New York
       April 25, 2008

_____
JOSE L. LOPEZ
Plaintiff pro se
2160 Walton Avenue, Apt.#33A
Bronx, New York  10453
Telephone No.: (646) 314-7400

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

_____   4/25/08
UNITED STATES DISTRICT JUDGE